UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ENVIRONMENTAL AND ANIMAL DEFENSE, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 21-1488 (RC) |
| BUREAU OF LAND MANAGEMENT, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

## JOINT STATUS REPORT

The parties, Plaintiff Environmental and Animal Defense and Defendants Bureau of Land Management and U.S. Department of the Interior, by and through counsel, file this Joint Status Report. This is a Freedom of Information Act ("FOIA") matter in which Plaintiff alleges that it submitted three separate FOIA requests to the Bureau of Land Management ("BLM") seeking records from the BLM related to BLM personnel and BLM policies on horse management. Plaintiff filed the Complaint on June 1, 2021 (ECF No. 1) and Defendants filed their Answer on August 9, 2021 (ECF No. 11). The status of Defendants' searches and records processing and a proposed schedule for proceeding is below.

## STATUS OF PLAINTIFF'S FOIA REQUESTS

### A. DOI-BLM-2021-002580

Plaintiff's FOIA request numbered DOI-BLM-2021-002580 requests "[a]ll records of BLM policies, procedures, studies, guidelines, economic or budget analysis, and their supporting documentations, and other records of fertility control method of either of the two used PZP, Porcine zona pellucida, immunocontraceptive applications: Zonastat-H and PZP-22." BLM has

completed its search for records responsive to this request and produced 59 pages of records to Plaintiff on August 20, 2021.

### B. DOI-BLM-2021-002647

Plaintiff's FOIA request numbered DOI-BLM-2021-002647 requests all "records of schedules, including but not limited to travel and meeting schedules of BLM employee Tammy Pearson" and "records of communications . . . sent to or from Ms. Pearson." As reported in the last Joint Status Report (ECF No. 14), BLM has completed its search for records responsive to this request but determined that it has no records responsive to this request. BLM provided Plaintiff with its no records response on August 27, 2021.

### C. DOI-BLM-2021-002581

Plaintiff's FOIA request numbered DOI-BLM-2021-002581 requests all "records of schedules, including but not limited to travel and meeting schedules of BLM employee William Perry Pendley" and "records of communications . . . sent to or from Mr. Pendley." As reported in the last Joint Status Report (ECF No. 14), counsel for the parties conferred and reached an agreement regarding the scope of records that Plaintiff seeks with this request. BLM is now in the process of searching for potentially responsive records. Although BLM was unable to make a production in November due to an issue within FOIAOnline, BLM has reviewed approximately 1,000 pages and will be releasing responsive, non-exempt records by the end of December 2021, and then on a rolling basis until once per month until processing is complete. At this time, BLM estimates that it has approximately 10,000 pages of potentially responsive records left to process.

## *OPEN AMERICA* STAY

Defendants do not anticipate seeking a stay under *Open America* at this time.

## *VAUGHN* INDEX

The parties have agreed that Defendants will provide Plaintiff with a draft *Vaughn* index after BLM makes its final release determinations for Plaintiff's FOIA requests.

## BRIEFING SCHEDULE

In light of the case's current posture, the parties believe that it is too early to know whether it will be necessary to brief dispositive motions because BLM has neither completed its review of potentially responsive records to Plaintiff's FOIA requests nor produced any records to Plaintiff. While BLM processes any responsive records and after BLM makes it final release determinations for Plaintiff's FOIA requests, Plaintiff will need time to review the records with counsel. After that, counsel for Plaintiff and Defendants will confer in good faith and attempt to resolve or narrow any issues.

## NEXT JOINT STATUS REPORT

Defendants propose that the parties submit another Joint Status Report in thirty days, on January 24, 2022, to update the Court on the status of Plaintiff's FOIA requests. A proposed order is attached.

Dated:  December 22, 2021               Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: */s Stephen DeGenaro*
STEPHEN DEGENARO
D.C. Bar #1047116
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7229
Email: Stephen.DeGenaro@usdoj.gov

*Counsel for Defendants*

*s/Alexa Carreno*   (with permission)
ALEXA CARRENO
D.C. Bar # CO0072
JEREMY DEVIN MCKAY
D.C. Bar # CO0071
Environmental and Animal Defense
501 S. Cherry St. Suite 1100
Denver, CO 80246
Telephone: 720-722-0336
Email: acarreno@eafense.org
Email: jmckay@eadefense.org

*Counsel for Plaintiff*